**P-SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    EDCV 11- 1767VAP (DTBx)                              Date: May 17, 2012

Title:    CUMIS INSURANCE SOCIETY -v- CAROL FERRARO

PRESENT: HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                  None Present
Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                                  NO APPEARANCE

PROCEEDINGS:     ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    Court has received and reviewed the Plaintiff's iresponse to the Court's Order to Show Cause dated April 17. The Court hereby extends the time for Plaintiff to show cause in writing no later than July 31, 2012, why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.

- Answer by the defendant(s) or plaintiff's request for entry of default.

- Plaintiff's filing of an application to the clerk to enter default judgment or filing of a motion for entry of default judgment.

- Joint report of Early Meeting of Counsel.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand

MINUTES FORM 90                                          Initials of Deputy Clerk md
CIVIL -- GEN

submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM 90
CIVIL -- GEN

Initials of Deputy Clerk md